UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE THOMPSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　　　Defendants. | Case No. C12-1188-JLR-BAT<br><br>**REPORT AND RECOMMENDATION** |

On July 11, 2012, Lawrence Thompson submitted a pleading raising habeas corpus claims and 42 U.S.C. § 1983 claims and a deficient in forma pauperis ("IFP") application. Dkt. 1. Mr. Thompson was requested to cure the deficiency by August 13, 2012, or his case may be dismissed. Dkt. 3. As Mr. Thompson has not responded to the request to cure his deficient IFP application, the Court recommends the matter be **DISMISSED** without prejudice. A proposed order accompanies this recommendation.

Any objections to this Recommendation must be filed no later than **September 12, 2012.** The Clerk should note the matter for **September 14, 2012,** as ready for the District Judge's consideration. Objections are limited to five pages. The failure to timely object may affect the right to appeal.

The Clerk is directed to provide a copy of this Recommendation to Mr. Thompson and

REPORT AND RECOMMENDATION - 1

1   the Honorable James L. Robart.

2       DATED this 22nd day of August, 2012.

3

4                                          BRIAN A. TSUCHIDA
5                                          United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

REPORT AND RECOMMENDATION - 2