UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE THOMPSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KING COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　　　　　Defendants. | Case No. C12-1188-JLR<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby ORDER:

(1)　The Court adopts the Report and Recommendation;

(2)　This action is **DISMISSED** without prejudice for failure to prosecute; and

(3)　The Clerk is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 17th day of Sept., 2012.

　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　United States District Judge

12-CV-01188-ORD

ORDER OF DISMISSAL - 1